ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Danko Arlington, Inc. | ) ASBCA No. 63876-ADR |
| | ) |
| Under Contract No. SPE7L3-19-V-0288 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. John D. Danko
                                   President

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
                                     DCMA Chief Trial Attorney
                                   Joseph P. McCool, Esq.
                                   Amelia R. Lister-Sobotkin, Esq.
                                     Trial Attorneys
                                     Defense Contract Management Agency
                                     Chantilly, Virginia

ORDER OF DISMISSAL

As a result of Alternative Disputes Resolution proceedings held telephonically on March 25-26, 2025, the dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 20, 2025

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63876-ADR, Appeal of Danko Arlington, Inc., rendered in conformance with the Board's Charter.

Dated: May 20, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals